IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01010-RBJ-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 20, 2011 | Courtroom Deputy: Laura Galera and Robin Mason |

*Parties:*

RIO LUCIANO *et al.*,

    Plaintiff,

v.

EAST CENTRAL BOARD OF COOPERATIVE EDUCATIONAL SERVICES,

    Defendant.

*Counsel:*

David H. Miller
Katherine G. Gerland

Toni Jo Wehman

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:**   2:29 p.m.
Court calls case. Appearances of counsel.
Alexander Halpern, counsel for respondent Genoa Hugo C-113 school district, also appears by telephone.

Discussion regarding scope of the subpoena as to Genoa Hugo C-113 school district.

Mr. Miller requests the court hold the motion for sanctions in abeyance. After further discussion Mr. Miller orally moves to withdraw Plaintiff's Verified Motion With Supporting Authorities to Require Respondent Forthwith to Comply with Subpoena, and for Sanctions.

For the reasons as stated on the record, it is:

**ORDERED:**   Plaintiff's Verified Motion With Supporting Authorities to Require Respondent Forthwith to Comply with Subpoena, and for Sanctions Doc. #[26] is DENIED as the

Case 1:11-cv-01010-RBJ-CBS   Document 30   Filed 12/20/11   USDC Colorado   Page 2 of 2

     issue has been resolved.

HEARING CONCLUDED.

**Court in recess**:  2:45 p.m.
Total time in court: 00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.