IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera      Date: August 1, 2012
Court Reporter:     Bonnie Carpenter

Civil Action No. 11-cv-01010-RBJ-CBS

| *Parties*: | *Counsel*: |
|---|---|
| RIO LUCIANO, and<br>DEBBY SALA,<br><br>      Plaintiffs,<br><br>v.<br><br>EAST CENTRAL BOARD OF<br>COOPERATIVE EDUCATIONAL<br>SERVICES,<br><br>      Defendant. | David Miller<br>Alison Daniels<br>Katherine Gerland<br>Lucia Padilla<br><br><br><br>Alyssa Burghardt<br>Meghan Pound<br>Toni Wehman<br>William Stuller |

COURTROOM MINUTES

Trial to Jury - Day One.

**Court in session**:     **9:00 a.m.**

Jury panel not present.

Appearances of counsel.

Opening remarks by the Court.

Mr. Miller moves for the admission of all stipulated exhibits.

All Stipulated Exhibits are ADMITTED.

**ORDERED:**   All witnesses shall be sequestered.

**Court in recess:**     9:07 a.m.
**Court in session:**    9:17 a.m.

Twenty-One (21) potential jurors are brought to the court.

Preliminary remarks by the Court.

Jury panel is sworn for voir dire.

The Court seats thirteen potential jurors.

Court staff, attorneys, parties and witnesses are introduced.

Preliminary instructions by the Court.

9:22 a.m.       Voir dire by the Court.

9:58 a.m.       Voir dire by Ms. Gerland.

10:23 a.m.      Voir dire by Ms. Wehman.

Excused for Cause:

None.

Plaintiff's Peremptory Challenges:

1.    214699
2.    231059
3.    214873

Defendant's Peremptory Challenges:

1.    213082
2.    232187
3.    202314

Seven jurors sworn to try the case:

1.    240372
2.    205573
3.    201102
4.    240057

5. 201150
6. 223331
7. 205306

Court instructs the jury.

**Court in recess:**     **11:05 a.m.**
**Court in session:**    **11:17 a.m.**

Jury not present.

Argument by Mr. Miller and Ms. Pound as to the Plaintiffs' Motion in Limine to Admit Evidence Concerning J.S.'s Sister T.S. Doc.# [75].

**ORDERED:**  Plaintiffs' Motion in Limine to Admit Evidence Concerning J.S.'s Sister T.S. Doc.# [75] is DENIED.

Jury present.

11:28 a.m.     Opening statement by Mr. Miller.

**Court in recess:**     **12:11 p.m.**
**Court in session:**    **1:23 p.m.**

Jury present.

Opening statement by Ms. Pound.

Plaintiff's witness, Dan Schmidt, called and sworn.

1:37 p.m.     Direct examination of Mr. Schmidt by Mr. Miller.

2:02 p.m.     Cross examination of Mr. Schmidt by Ms. Pound.

Witness excused.

Plaintiff's witness, Jessica Comer, called and sworn.

2:09 p.m.     Direct examination of Ms. Comer by Mr. Miller.

2:20 p.m.     Cross examination of Ms. Comer by Ms. Wehman.

Defendant's Exhibit A-57 is ADMITTED.

**Court in recess:**     2:27 p.m.
**Court in session:**    2:37 p.m.

Discussion regarding Defendant's Exhibits A-57 and A-58.

Ms. Wehman moves to withdraw Defendant's Exhibits A-57 and A-58.

Court notes Defendant's Exhibit A-57 has previously been admitted and published to the jury and will not be withdrawn.

**Defendant's Exhibit A-58 is WITHDRAWN.**

Jury present.

Continued cross examination of Ms. Comer by Ms. Wehman.

Witness excused.

Plaintiff's witness, Rio Luciano, called and sworn.

2:46 p.m.      Direct examination of Mr. Luciano by Mr. Miller.

**Court in recess:**     4:20 p.m.
**Court in session:**    4:33 p.m.

Jury present.

Continued direct examination of Mr. Luciano by Mr. Miller.

Plaintiff's Exhibit 2 (Picture 1 only) is ADMITTED.

Jury excused, to return at 9:00 a.m. tomorrow.

Counsel are instructed to be present tomorrow at 9:00 a.m.

**Court in recess:**     5:00 p.m.

Trial continued.
Total Time: 06:03